No. 02–9.  OSBORNE v. LORD, SUPERINTENDENT, BEDFORD HILLS CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–11.  LAUCK v. DEPARTMENT OF THE ARMY.  C. A. Fed. Cir.  Certiorari denied.

No. 02–13.  FICHTNER v. TEXAS.  Ct. App. Tex., 5th Dist.  Certiorari denied.

No. 02–14.  RUSSO v. CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 02–16.  STONE v. CITY OF INDIANAPOLIS PUBLIC UTILITIES DIVISION, DBA CITIZENS GAS & COKE UTILITY, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 02–17.  O'CONNOR v. CALIFORNIA TEACHERS' RETIREMENT SYSTEM ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–21.  SEAFREEZE ALASKA, L. P. v. HARPER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–22.  ROGGEMAN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 02–23.  FOXX v. DEPARTMENT OF THE NAVY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–24.  GEORGE v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 02–26.  IRONS v. ASOCIACION DE PROPIETARIOS DE LA URBANIZACION DORADO REEF, INC.  C. A. 1st Cir.  Certiorari denied.

No. 02–28.  BARTH v. TOWN OF SANFORD ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 02–31.  HERBST v. BROWN.  C. A. 2d Cir.  Certiorari denied.

No. 02–32.  SMITH v. WISE COUNTY BAIL BOND BOARD.  Ct. App. Tex., 2d Dist.  Certiorari denied.